NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT MICHAEL MOUNCE,     )
     )
     Appellant,     )
     )
v.     )     Case No. 2D18-2040
     )
STATE OF FLORIDA,     )
     )
     Appellee.     )
_____)

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Pat Siracusa, Judge.

Robert Michael Mounce, pro se.

PER CURIAM.

Affirmed.

CASANUEVA, MORRIS, and LUCAS, JJ., Concur.